**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard C. Cardiello**
  Debtor(s)

Bankruptcy Case No.: 10−24658−JKF
Rel to Doc No. 28
Chapter: 13
Docket No.: 30

## ORDER

  **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

  Each *Income Attachment* issued in the case is now **TERMINATED.**

  Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

  Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

  Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.


Dated: November 1, 2010

                                              Judith K. Fitzgerald
                                              United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest